# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Gilberto Inzunza**<br>DOB: \*\*/\*\*/2001; United States Citizen<br>**Miguel Angel Inzunza**<br>DOB: \*\*/\*\*/1998; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>22-07350MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 18, 2022 in the District of Arizona, JOSE GILBERTO INZUNZA and MIGUEL ANGEL INZUNZA knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: approximately 1,000 rounds of 5.56 caliber ammunition, two, Colt Carbine 5.56 caliber rifles, and 5.56 caliber rifle magazines; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 18, 2022, MIGUEL ANGEL INZUNZA (driver) and JOSE GILBERTO INZUNZA (passenger) attempted to exit the United States and enter Mexico in a vehicle through the Mariposa Port of Entry in Nogales, Arizona. The vehicle was stopped by Customs and Border Protection officers for inspection, during which the officers located approximately 1,000 rounds of 5.56 caliber ammunition, two Colt Carbine 5.56 caliber rifles, and two 5.56 caliber rifle magazines encased in plastic wrap and concealed within the rear driver side quarter panel located inside the trunk.

After being advised of their Miranda rights, MIGUEL ANGEL INZUNZA and JOSE GILBERTO INZUNZA agreed to speak with law enforcement agents. Each admitted that he purchased one of the rifles and a portion of the ammunition from the federally licensed firearms dealer Turner's Outdoorsman in Tucson earlier the same day. Both admitted they traveled together to Nogales after purchasing the firearms and ammunition, and stopped prior to the Port of Entry to wrap the firearms and ammunition in the plastic wrap. Each stated he knew the firearms and ammunition were destined for Mexico, and knew it was illegal to smuggle firearms and ammunition into Mexico.

The ammunition, firearms, and magazines which MIGUEL ANGEL INZUNZA and JOSE GILBERTO INZUNZA purchased, received, concealed, and transported in facilitation of the smuggling offense, and attempted to unlawfully export, qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. Neither MIGUEL ANGEL INZUNZA, JOSE GILBERTO INZUNZA, nor any other individual involved in the smuggling offense had a license or any other lawful authority to export the ammunition, firearms, and magazines from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED AUSA *Angela W. Woolridge*<br>ANGELA WOOLRIDGE — Digitally signed by ANGELA WOOLRIDGE Date: 2022.05.19 16:09:10 -07'00'<br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br>CORNELIUS GAINES — Digitally signed by CORNELIUS GAINES Date: 2022.05.19 16:21:00 -07'00'<br>OFFICIAL TITLE<br>ATF Special Agent Cornelius Gaines |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>May 20, 2022 |

[1] See Federal rules of Criminal Procedure, Rules 3, 4.1, and 54