GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

**CR22-01320 TUC-JAS(LCK)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Making False Statements in Connection with Acquisition of Firearms) Counts 1-22, 24-25 |
| 1. Jose Gilberto Inzunza, Counts 18-21, 23, 24 | |
| 2. Miguel Angel Inzunza, Counts 25, 26 | 18 U.S.C. § 2(a) (Aiding and Abetting the Commission of an Offense) Count 22 |
| 3. Kaleb Jacob Valencia, Counts 1-17, 22 | 18 U.S.C. § 554(a) (Smuggling Goods from the United States) Counts 23, 26 |
| 4. Juan Diego Jimenez Melendrez, Count 22 | |
| Defendants. | 18 U.S.C. §924(d) 28 U.S.C. §2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNTS 1-17

On or about the dates listed below, in the District of Arizona, Defendant KALEB JACOB VALENCIA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18,

United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant KALEB JACOB VALENCIA, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearm |
|-------|------|-----|---------|
| 1 | 08/10/2019 | Diamondback Shooting Sports | Ruger AR-556 5.56 rifle |
| 2 | 08/17/2019 | Sportsman's Warehouse | Century Arms C39V2 7.62 rifle |
| 3 | 11/25/2019 | Sportsman's Warehouse | Glock 22Gen4 .40 pistol |
| 4 | 11/26/2019 | R&A Tactical | Glock 19Gen4 9mm pistol |
| 5 | 01/28/2020 | The Hub | Glock 17Gen5 9mm pistol |
| 6 | 01/29/2020 | Sportsman's Warehouse | Glock 17Gen4 9mm pistol |
| 7 | 01/29/2020 | The Hub | Century Arms RH10 7.62 rifle |
| 8 | 01/30/2020 | Diamondback Shooting Sports | Del-Ton DTI-15 5.56 rifle |
| 9 | 01/30/2020 | Second Amendment Sports | Morrissey Inc. AAM-47 7.62 rifle |
| 10 | 01/30/2020 | Second Amendment Sports | Century Arms VZ2008 7.62 rifle |
| 11 | 02/01/2020 | Murphy's Guns | Glock 17Gen5 9mm pistol |
| 12 | 02/01/2020 | Diamondback Shooting Sports | Glock 17Gen5 9mm pistol |
| 13 | 02/04/2020 | SNG Tactical | Romarm WASR10 7.62 rifle |
| 14 | 02/06/2020 | SNG Tactical | Romarm Mini Draco 7.62 pistol |
| 15 | 02/10/2020 | Second Amendment Sports | Glock 19X 9mm pistol |
| 16 | 05/02/2020 | Second Amendment Sports | S & W SD9VE 9mm pistol |
| 17 | 02/13/2021 | Sportsman's Warehouse | HS Produkt XDE .45 pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 18-21

On or about the dates listed below, in the District of Arizona, Defendant JOSE GILBERTO INZUNZA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed

business, in that Defendant JOSE GILBERTO INZUNZA, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearm(s) |
|-------|------|-----|------------|
| 18 | 08/19/2019 | Second Amendment Sports | Century Arms C39V2 7.62 rifle |
| 19 | 02/03/2020 | SNG Tactical | Romarm WASR10 7.62 rifle |
| 20 | 12/18/2020 | The Hub | Century Arms VSKA 7.62 rifle |
| 21 | 05/18/2022 | Turner's Outdoorsman | Colt Carbine 5.56 rifle |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 22

On or about February 10, 2020, in the District of Arizona, Defendants KALEB JACOB VALENCIA and JUAN DIEGO JIMENEZ MELENDREZ knowingly made a false statement and representation in connection with the acquisition of a firearm to The Hub, which was intended and likely to deceive The Hub as to a fact material to the lawfulness of a sale of a firearm by The Hub, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of The Hub, in that Defendant KALEB JACOB VALENCIA, in connection with the purchase of a Riley Defense RAK47 7.62 caliber rifle, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual; and Defendant JUAN DIEGO JIMENEZ MELENDREZ aided, abetted, counseled, commanded, induced, and procured such false statement and representation.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2(a).

## COUNT 23

On or about February 10, 2020, in the District of Arizona, Defendant JOSE GILBERTO INZUNZA knowingly and fraudulently exported and sent from the United

States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Riley Defense RAK47 7.62 caliber rifle; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 24

On or about May 18, 2022, in the District of Arizona, Defendant JOSE GILBERTO INZUNZA knowingly made a false statement and representation in connection with the acquisition of a firearm to Turner's Outdoorsman, which was intended and likely to deceive Turner's Outdoorsman as to a fact material to the lawfulness of a sale of a firearm by Turner's Outdoorsman, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Turner's Outdoorsman, in that Defendant JOSE GILBERTO INZUNZA, in connection with the purchase of a Colt Carbine 5.56 rifle, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 25

On or about May 18, 2022, in the District of Arizona, Defendant MIGUEL ANGEL INZUNZA knowingly made a false statement and representation in connection with the acquisition of a firearm to Turner's Outdoorsman, which was intended and likely to deceive Turner's Outdoorsman as to a fact material to the lawfulness of a sale of a firearm by Turner's Outdoorsman, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Turner's Outdoorsman, in that

Defendant MIGUEL ANGEL INZUNZA, in connection with the purchase of a Colt Carbine 5.56 rifle, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 26

On or about May 18, 2022, in the District of Arizona, Defendants JOSE GILBERTO INZUNZA and MIGUEL ANGEL INZUNZA knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: approximately 1,000 rounds of 5.56 caliber ammunition, two Colt Carbine 5.56 caliber rifles, and two 5.56 caliber rifle magazines; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Twenty-Six of the Indictment, Defendants JOSE GILBERTO INZUNZA, MIGUEL ANGEL INZUNZA, KALEB JACOB VALENCIA, and JUAN DIEGO JIMENEZ MELENDREZ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    a) Ruger model AR-556 5.56 caliber rifle;

    b) Century Arms model C39V2 7.62x39mm caliber rifle;

    c) Glock model 22Gen4 .40 caliber pistol;

    d) Glock model 19Gen4 9mm caliber pistol;

e) Three (3) Glock model 17Gen5 9mm caliber pistols;

f) Glock model 17Gen4 9mm caliber pistol;

g) Century Arms model RH10 7.62x39mm caliber rifle;

h) Del-Ton model DTI-15 5.56 caliber rifle;

i) Morrissey Inc. model AAM-47 7.62x39mm caliber rifle;

j) Century Arms model VZ2008 7.62x39mm caliber rifle;

k) Two (2) Romarm model WASR10 7.62x39mm caliber rifles;

l) Romarm model Mini Draco 7.62x39mm caliber pistol;

m) Glock model 19X 9mm caliber pistol;

n) Smith & Wesson model SD9VE 9mm caliber pistol;

o) HS Produkt model XDE .45 caliber pistol;

p) Century Arms model C39V2 7.62x39mm caliber rifle;

q) Century Arms model VSKA 7.62x39mm caliber rifle;

r) Two (2) Colt model Carbine 5.56 rifles, and

s) Two (2) Riley Defense model RAK47 7.62x39mm caliber rifles.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

/ / /

*United States of America v. Jose Gilberto Inzunza, et al*
*Indictment Page 6 of 7*

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: June 15, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Jose Gilberto Inzunza, et al*
*Indictment Page 7 of 7*