GARY M. RESTAINO
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant U.S. Attorney
AZ Bar. No. 025496
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>              Plaintiff,<br><br>vs.<br><br>Jose Gilberto Inzunza,<br><br>              Defendant. | 22-CR-1320-JAS-1<br><br>**GOVERNMENT'S SENTENCING<br>MEMORANDUM** |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter. The sentencing hearing is scheduled for November 20, 2024, before the Honorable U.S. District Court Judge James A. Soto. The United States agrees with the calculations contained in the Presentence Report ("PSR", Doc. 164).  The United States respectfully requests this Court accept the plea agreement and sentence the defendant to 71 months incarceration.

When imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant."  18 U.S.C. § 3553(a)(1). The sentenced imposed shall reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence to future criminal conduct, and protect the public from further crimes of the defendant.  18 U.S.C. § 3553(a)(2).  The sentence imposed shall consider "the need to avoid unwarranted sentence disparities among

defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6).

To the defendant's credit, he has no other criminal history. However, this is a serious offense. He was smuggling assault rifles and ammunition into Mexico, and he admitted smuggling firearms on multiple previous occasions. The defendant is likely arming cartel members by doing this. This type of offense increases violence in Mexico and is a danger to communities both in Mexico and the United States.

Based on the specifics of this crime and the defendant's history and characteristics, a sentence of 71 months imprisonment is appropriate. The recommended sentence reflects the seriousness of the offense, promotes respect for the law, and provides just punishment. Additionally, a term of 3 years supervised release is necessary to further deter the defendant from committing future crimes.

For the foregoing reasons, the government respectfully requests this Court impose a sentence of 71 months incarceration.

Respectfully submitted this 18th day of November, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/ Julie A. Sottosanti
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
Other means this 18th day of November, 2024, to:

All ECF Participants

- 2 -