# Exhibit A



# CERTIFICATE
## *of Recognition*

### *Presented to*

**Miguel Inzunza**

*For Successfully Participating in*

## "MAC-Ro"
### *Math Achievement Club by Rodel*



Dr. Carol G. Peck, President and CEO

Brandon Webb, Arizona Diamondbacks

5-24-10

Date

# FLOWING WELLS SCHOOLS
## Student Achievement

### CONGRATULATIONS

## *Miguel Inzunza Aceves*

### FOR MULTIPLICATION FACTS MASTERY
### Spring 2011



Ms. Sara Phillips, Teacher





Dr. David R. Baker, Associate Superintendent

# AMPHITHEATER MIDDLE SCHOOL

## Honor Roll

# Miguel Inzunza Aceves

In recognition for extraordinary achievement in the area of academics

**AWARDED FOR 1ST QUARTER 2010 – 2011**

"Education has for its object the formation of character."
Herbert Spencer
English philosopher (1820 - 1903)



Tassi Call, Principal



Date: October 28, 2010



# PIERSON VOCATIONAL HIGH SCHOOL

certify to all that

## Miguel Angel Inzunza

## Student of the Quarter

November 26, 2014

PVHS Principal

PVHS Teacher



# Certificate of Excellence



Pierson High School
Go Wolves

## for

 COMPUTER MAINTENANCE

### Awarded to

# *Miguel Inzunza*

ON THIS 21ST DAY OF DECEMBER, 2016

Signature:

Pat Mendez CTE Teacher

_To the parents of Miguel A. Inzunza Acevez_

_Pierson Vocational High School respectfully invites you to join us in recognizing your son as a September Student of the Month!_

_We will be recognizing our students with a breakfast ceremony on September 28, 2016 in our Roosevelt Building Room 5 at 7:30 A.M_

_A los Padres de Miguel A. Inzuzna Acevez_

_Pierson Vocational High School respetuosamente los invita a celebrar con nosotros el reconocimiento de su hijo como estudiante del mes de Septiembre!_

_Estaremos reconociendo a nuestros estudiantes con una ceremonia de desayuno el 28 de Septiembre de 2016, en el aula 5 del edificio Roosevelt a las 7:30 am_

# Excellence in Alternative Education

# Pierson Vocational High School

Certify to all that

*Miguel Angel Inzunza Aceves*

Has been selected as

## Student of the Month

September 28, 2016

_____
PVHS Principal

_____
PVHS Teacher

## CTE Program Technical Skills Standards
### Arizona Career and Technical Education Quality Commission
#### Chair: Carolyn Warner

### Spring 2017
# Miguel Inzunza Aceves

**Pierson Vocational High School**
**Computer Maintenance**

**List of Technical Skills Standards**

**1.0 APPLY PROBLEM-SOLVING AND CRITICAL THINKING SKILLS TO COMPUTER/ELECTRONIC DEVICE MAINTENANCE**

**2.0 MAINTAIN A SAFE AND ENVIRONMENTALLY CONSCIOUS TECHNOLOGY WORK ENVIRONMENT**

**3.0 RECOGNIZE SECURITY ISSUES RELATED TO COMPUTER/ELECTRONIC DEVICES**

**4.0 EXPLORE LEGAL AND ETHICAL ISSUES RELATED TO INFORMATION TECHNOLOGY**

**5.0 DEMONSTRATE THE USE OF BINARY AND OTHER NUMERIC SYSTEMS IN COMPUTER APPLICATIONS**

**6.0 DESCRIBE THE DEVELOPMENT/EVOLUTION OF COMPUTERS/ELECTRONIC DEVICES**

**7.0 INSTALL, CONFIGURE, UPGRADE, AND MAINTAIN COMPUTERS/ELECTRONIC DEVICES**

**8.0 MAINTAIN MOTHERBOARDS, PROCESSORS, AND MEMORY**

**9.0 INSTALL AND MAINTAIN PRINTERS**

**10.0 DEMONSTRATE THE USE OF BASIC NETWORKING HARDWARE**

**11.0 UNDERSTAND THE BASICS OF COMMON OPERATING SYSTEMS**

**12.0 INSTALL, CONFIGURE, UPGRADE AND TROUBLESHOOT THE OPERATING SYSTEM**

**13.0 CONFIGURE A NETWORK**

The technical skills standards are identified and validated by Arizona's business-industry partners. These standards represent the entry-level of performance of work in a job or occupation. Students at the completion of their program are eligible to take an assessment aligned to the program standards. All assessments are 100 multiple-choice items that range in cognitive difficulty from knowledge and comprehension to application, analysis, and evaluation.

Assessment items are developed by committees comprised of secondary and postsecondary instructors. The expertise of these instructors and their engagement in making connections among the technical skills standards, instruction, and assessment has contributed greatly to the advancement of CTE student achievement in Arizona.

Students who pass the Technical Skills Assessment receive a certificate endorsed by the Arizona Career and Technical Education Quality Commission and a documentation of their program standards.



# ARIZONA CAREER AND TECHNICAL EDUCATION QUALITY COMMISSION

**ARIZONA DEPARTMENT OF EDUCATION**
CAREER AND TECHNICAL EDUCATION

**DIANE M. DOUGLAS**
Superintendent of Public Instruction

**CAROLYN WARNER, Chair**
Chairman, Corporate//Education Consulting, Inc.

**DON ADAMS**
Director, Human Resources
Bashas'

**BRANDON AMES**
CEO
Ani Cell Biotech

**JESSE ARY**
Realtor
HomeSmart, Inc

**MARY ANNE BERENS**
Coordinator
ACTEAZ Premier Program Series

**ROSALYN BOXER**
Vice President, Workforce Development
Office of Economic Opportunity

**ART BROOKS**
President & CEO
Arizona Broadcasters Association

**EDWARD CARROLL**
Senior Engineering Manager (Ret.)
Boeing

**RICHARD CONDIT**
Education Consultant
Economic Independence, LLC

**PAT CRAMER**
Director, Aerospace Learning
Honeywell

**MARK DOBBINS**
Senior Vice President//Corporate Secretary (Ret.)
SUMCO Phoenix Corp

**STEVE DOCKRAY**
President
Valley Academy for CTE

**GREG DONOVAN**
Superintendent
Western Maricopa Education Center

**PAM FERGUSON**
Executive Director, ACTEAZ
Association for CTE of Arizona

**DANTE FIERROS**
President
Nichols Precision

**DICK FOREMAN**
President/CEO
Arizona Business & Education Coalition

**CONNIE FRAIJO**
Field Operations Supervisor
Arizona Department of Economic Security

**SYBIL FRANCIS**
Executive Director
Center for the Future of Arizona

**REBEKAH FRIEND**
Executive Director/Secretary Treasurer
Arizona AFL CIO

**GLEN GALSTER**
Chairman
Arizona Bioindustry Association

**HARRY GAREWAL**
CEO
Trin and Associates

**ERNEST GARFIELD**
Interstate Bank Developers, Inc.

**MARYANN GUERRA**
CEO
BioAccel

**GLENN HAMER**
President & CEO
Arizona Chamber of Commerce & Industry

**MARIA HARPER-MARINICK**
Chancellor
Maricopa Community Colleges

**WILLIAM HARRIS**
President & CEO
Science Foundation Arizona

**JOHN HATFIELD**
Vice President, Communications
Arizona Public Services

**SHERRY HENRY**
Director of Sales
Grace Hospitality

**LINDA HUNT**
President & CEO
Dignity Health Arizona

**MAXINE M. JONES**
Former Owner
Aimco Precision, Inc.

**RANDALL KIMMENS**
Associate Vice Chancellor, Workforce Development
Maricopa Community Colleges

**JIM KLINKER**
Chief Administrative Officer
Arizona Farm Bureau Federation

**DON LIVELY**
President
Arizona Summit Law School

**JACK W. LUNSFORD**
President
The Lunsford Group

**MIKE MCAFEE**
AZ AYES Director
Valley Auto Dealer Association

**SHERRY MCFADDEN**
Customer Care Center Service Director
State Farm Insurance Company

**DERRICK MELLON**
Owner/Operator
McDonald's Restaurants

**ROBERT MEYER**
President & CEO
Phoenix Children's Hospital

**JULIE PASTRICK**
President
Greater Flagstaff Chamber of Commerce

**LINDA POLITO**
Governmental Relations Consultant
Polito Associates

**STEVE PURVES**
CEO
Maricopa Integrated Health System

**JENNIFER RAY**
President
ACOVA

**KEES RIETSEMA**
Associate Professor
Embry Riddle Aeronautical University

**MICHAEL ROBERTS**
Associate Professor, CTE
Northern Arizona University

**OMAR SAYED**
Technology Consultant

**JOSEPH SHELLEY**
Commander
Mesa Police Department

**MARTIN SHULTZ**
Senior Policy Director (Ret.)
Brownstein Hyatt Farber Schreck, LLP

**WILLIAM SYMONDS**
Director
Global Pathways Institute

**ANDREW TAPLIN**
Project Director
Resolution Copper

**RICHARD TERBUSH**
Consultant
School Facilities Construction

**ROBERT TORRES**
Department Head, Agricultural Education
University of Arizona

**THOMAS TYREE**
Superintendent
Yuma County Schools

**MATT WEBER**
Superintendent
Northern Arizona Vocational
Institute of Technology

**MARYANNE WEISS**
President
Gustare Ltd.

**JAMES ZAHARIS**
Vice President for Education
Greater Phoenix Leadership, Inc

**NANCY ZISMANN**
Chief Clinical Services Officer
Banner Medical Group

**STEVE ZYLSTRA**
President & CEO
Arizona Technology Council

April 28, 2017

Congratulations!

You have passed the Spring 2017 Technical Skills Assessment. This assessment is based on industry-validated technical standards in your selected career field and is endorsed by the Arizona Career and Technical Education Quality Commission.

We encourage you to continue your education in your desired career pathway. It is our intent that the enclosed certificate and documentation of program standards will enable you to provide an employer with specific information about the technical skills you acquired through completion of this program.

Should you have need of additional copies of these documents in the next 4 years, you may contact Career and Technical Education at the Arizona Department of Education.

Best wishes for your future success.

*Diane M Douglas*

Diane M. Douglas

Superintendent of Public Instruction
Arizona Department of Education

*Carolyn Warner*

Carolyn Warner, Chair

Chairman
Arizona CTE Quality Commission
Corporate//Education Consulting

# Certificate of Arizona Technical Skill Standards

**Arizona Career and Technical Education Quality Commission**

certifies that

# *Miguel Inzunza Aceves*

## PIERSON VOCATIONAL HIGH SCHOOL

has passed the

### COMPUTER MAINTENANCE

Spring 2017

Technical Skills Assessment

Arizona Department of Education Career and Technical Education

**Diane M. Douglas**
Superintendent of Public Instruction
Arizona Department of Education

**Carolyn Warner, Chair**
Arizona Career and Technical Education
Quality Commission

# Certificate of Excellence



Pierson High School
Go Wolves

## for

**COMPUTER MAINTENANCE**

### Awarded to

## *Miguel Inzunza*

ON THIS 26TH DAY OF MAY, 2017

Signature:

Pat Mendez CTE Teacher

# CTE TECH TROOP 2016-2017



## In Appreciation for

# ALWAYS BEING WILLING TO HELP

## Awarded to

# *Miguel Inzunza*

Signature:

Pat Mendez CTE Teacher